UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| NORM EGGERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:09-cv-142-DFH-JMS ) |
| R.T. SHEPARD, Chief Justice, et al., | ) ) |
| Defendants. | ) ) |

# JUDGMENT

The court, having this day made its Entry,

**IT IS ADJUDGED AND DECREED** that:

1. Judgment is entered for Bowman Heintz Boscia, Vician, P.C., Glenn S. Vician, Gerald E. Bowman, George W. Heintz, James D. Boscia, Tim Zahorsky, Lorena D. Arnold, and Palisades Collection, LLC. and against the plaintiff, and as to these defendants the plaintiff shall take nothing by his complaint.

2. Claims against the following defendants are dismissed without prejudice:

| | |
|---|---|
| R. T. Shepard | Hon. Mitch Daniels |
| Fred Hoying | Joanne Bergmann |
| Petor Fish | Arthur Stern |
| Gary Stern | Mitchell Cohen |
| Stephen D. Axelrod | Mitchell Herman |
| Wolpoff and Abramson | Mann Bracken |
| Stuart J. Wolpoff | Harry K. Wolpoff |
| Ronald Marc Abramson | Lawrence C. Abramson |
| Hoover Hull | Kim Smith |

_____
DAVID F. HAMILTON, CHIEF JUDGE
United States District Court
Southern District of Indiana

Date: September 4, 2009

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distribution:

Norm Eggers
111 Hooten Blvd.
Madison, IN 47250-2634

Robert E. Stochel
res@reslaw.org

Michael S. Poncin
poncinm@moss-barnett.com